AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Plaintiff* <br> v. <br> MICHAEL STEVEN PERKINS <br> *Defendant* | ) <br> ) <br> ) Case No. 21-447-CNJ-4 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MICHAEL STEVEN PERKINS.

Date: 07/09/2021

/s/ Nancy MacEoin
*Attorney's signature*

Nancy MacEoin; Bar No. 90923
*Printed name and bar number*

Federal Community Defender Office for the EDPA
601 Walnut Street-The Curtis-Suite 540 West
Philadelphia, PA 19106
*Address*

Nancy_MacEoin@fd.org
*E-mail address*

(215) 928-1100
*Telephone number*

(215) 928-1112
*FAX number*