## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO.   21-cr-447-4 (CJN)** |
| v. | : | |
| | : | |
| **MICHAEL STEVEN PERKINS,** | : | |
| | : | |
| **Defendant.** | : | |

## **ORDER**

On July 13, 2021, Defendant appeared before the undersigned magistrate judge for a continued detention hearing. Defendant appeared remotely from the Pinella County Jail in the Middle District of Florida. At the conclusion of the hearing the undersigned ordered Defendant released on conditions, which will be outlined fully in a release order to be issued by this Court. It is hereby

ORDERED that Defendant be released from custody forthwith. Any questions regarding this Order shall be directed to my law clerk at Harvey_Criminal@dcd.uscourts.gov or 202-354-3493.

So Ordered.

_____
G. Michael Harvey
United States Magistrate Judge