## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | |
| **V.** | **:** | **CRIMINAL NUMBER 21-447-4** |
| | **:** | |
| | **:** | |
| **MICHAEL STEVEN PERKINS** | **:** | |

## O R D E R

  **AND NOW**, this          day of                    , 2021, the Court grants Defendant's

Motion to Temporarily Modify Conditions of Release.    It is hereby **ORDERED** that Mr.

Perkins is permitted to attend the Cleveland Heights Baptist Church camping excursion from

Thursday, November 18, 2021 through Saturday, November 20, 2021, at Camp Kiwanis, located

at 19300 SE 3rd Street, Silver Springs, Florida 34488.

                    **BY THE COURT:**


                    _____
                    **THE HONORABLE CARL J. NICHOLS**
                    **United States District Court Judge**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | |
| **V.** | **:** | **CRIMINAL NUMBER 21-447-4** |
| | **:** | |
| | **:** | |
| **MICHAEL STEVEN PERKINS** | **:** | |

**DEFENDANT'S MOTION TO TEMPORARILY**
**MODIFY CONDITIONS OF RELEASE**

Michael Steven Perkins, by and through his attorney, Nancy MacEoin, Assistant Federal

Defender, Federal Community Defender Office for the Eastern District of Pennsylvania,

respectfully requests Mr. Perkins be permitted to attend a two-day religious event through his

church.   As grounds, counsel avers as follows:

1.       On June 25, 2021, Magistrate Judge G. Michael Harvey signed a Criminal

Complaint and Arrest Warrant for Mr. Perkins alleged criminal conduct on January 6, 2021 on

the grounds of the United States Capitol Building.   Law enforcement agents arrested Mr.

Perkins at his home in Plant City, Florida on June 30, 2021 pursuant to this warrant.

2.       On July 1, 2021, a grand jury returned an indictment charging Mr. Perkins with

assaulting, resisting, or impeding certain officers using a dangerous weapon in violation of 18

U.S.C. §§ 111(a)(1) and (b), entering or remaining in a restricted building or grounds in violation

of 18 U.S.C. § 1752(a)(1), disorderly and disruptive conduct in a restricted building or grounds

in violation of 18 U.S.C. § 1752(a)(2), engaging in physical violence in a restricted building or

grounds in violation of 18 U.S.C. § 1752(a)(4), and act of physical violence in the Capitol

grounds or buildings in violation of 40 U.S.C. § 5104(e)(2)(F).   Mr. Perkins is one of five

individuals charged in this indictment.[1]

3.      The government moved to detain Mr. Perkins pretrial.    Docket Entry No. 10. The Honorable G. Michael Harvey heard oral argument on the government's motion on July 8, 2021.   On July 13, 2021, Judge Harvey issued an Order releasing Mr. Perkins from custody forthwith and an Order Setting Conditions of Release.   Docket Entry No. 27 and 29.   One condition of Mr. Perkin's release was that he is to remain on home detention with location monitoring via GPS.   Docket Entry No. 29, ¶¶ (7)(p)(ii) and (7)(q)(iv).

4.      Mr. Perkins has been in full compliance will all conditions of pretrial release since his release from custody on July 13, 2021.

5.      In the Order Setting Conditions of Release, Home Detention is specifically defined as the following:

> You are restricted to your residence at all times except for employment; education; ***religious services,*** medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations or activities approved in advance by the pretrial services office or supervising officer;
>
> Docket Entry No. 29 ¶¶ (7)(p)(ii) (emphasis added).

6.      Mr. Perkins respectfully requests to temporarily modify the conditions of release to attend a religious event from Thursday, November 18, 2021, through Saturday, November 20, 2021.   As described in a letter from the Pastor Michael K. Ivey, this is an annual religious, church-sponsored event, which is limited to church members.   *See* Exhibit A.   Mr. Perkins and his family have been active members in the Cleveland Heights Baptist Church for seven years

---

[1] As of September 9, 2021, the lead defendant, Jonathan Daniel Pollock, has not been apprehended.

and have attended this particular event since its inception four years ago.   Mr. Perkins and his

wife run many of the family activities and teaching sessions which take place during this event.

Mr. Perkins was informed by his pretrial services officer that he must petition the Court to

modify conditions of his release to allow for him to attend this religious event.

7.     The event is being held at Camp Kiwanis located at 19300 SE 3rd Street, Silver

Springs, Florida 34488, which is in the Middle District of Florida, where Mr. Perkins resides and

is currently being supervised.   For the entirety of the event, Mr. Perkins would not leave the

camp except to travel home to his residence on Saturday, November 10, 2021.   As described in

Pastor Ivey's letter, the camp is closed and locked at night.   Mr. Perkins would remain on GPS

location monitoring during this time.

8.     Assistant United States Attorney Benet Kearney has informed defense counsel

that the government opposes this Motion to Temporarily Modify Conditions of Release.

**WHEREFORE**, Mr. Perkins respectfully requests the Court temporarily modify

conditions of pretrial release to allow him to attend this religious event.   Mr. Perkins has been

in full compliance with all conditions since his release on July 13, 2021.   Furthermore, this is a

religious event, sponsored by his church, which is allowed pursuant to Order Setting Conditions

of Release.   Docket Entry No. 29 ¶¶ (7)(p)(ii).

Respectfully submitted,

*/s/ Nancy MacEoin*
NANCY MacEOIN
Assistant Federal Defender

3

## <u>CERTIFICATE OF SERVICE</u>

I, Nancy MacEoin, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I filed the attached Defendant's Motion to Temporarily Modify Conditions of Release via the Court's Electronic Filing (ECF) system which sent notification to Benet J. Kearney, Assistant United States Attorney, One Saint Andrew's Place, New York, New York 10007, via her email address Benet.Kearney@usdoj.gov.


*/s/ Nancy MacEoin*
NANCY MacEOIN
Assistant Federal Defender


DATE:        November 10, 2021