**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

  v.

MICHAEL STEVEN PERKINS,

   *Defendant*.

Criminal Action No. 1:21-cr-0447-4 (CJN)

**ORDER**

  This matter is before the Court on Defendant Michael Steven Perkins's Motion to Temporarily Modify Conditions of Release, ECF No. 61.  Perkins is not currently detained. Rather, on July 13 Magistrate Judge Harvey placed him under Home Detention in the Middle District of Florida.  *See* ECF No. 27, 29.  The Order setting the conditions of Perkins's pre-trial release allows him to leave his home for certain reasons, including to attend religious services, but also requires that he be subject to GPS location monitoring.  ECF No. 29.  Perkins previously asked that he be released from Home Detention.  *See* ECF No. 40.  This Court denied that motion. *See* Minute Entry for Sept. 27, 2021.

  Perkins's current motion does not seek his release from Home Detention, but rather seeks a temporary modification of his conditions of release.  Specifically, he seeks permission to attend an annual religious, church-sponsored event from Thursday, November 18, through Saturday, November 20.  The religious retreat will take place in a closed environment within the same district in which he is current subject to home detention (i.e., the Middle District of Florida).  Perkins has represented that he will not leave the retreat except to travel home, and he will of course remain subject to GPS monitoring.

Accordingly, upon consideration of the Motion and its supporting materials (including the letter from Perkins's pastor), it is

**ORDERED** that Defendant's Motion to Temporarily Modify Conditions of Release, ECF No. 61, is **GRANTED**.  Perkins may attend this religious retreat from November 18–20, but must not leave the retreat (except to travel home) and must continue to abide by all other terms of his Conditions of Release during this time, including the requirement that he remain on GPS location monitoring.

DATE:  November 17, 2021

CARL J. NICHOLS
United States District Judge