UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

MICHAEL STEVEN PERKINS,

*Defendant*.

Criminal Action No. 1:21-cr-00447-4 (CJN)

**ORDER**

On April 5, 2022, the Court granted Defendant Michael Steven Perkins's Second Motion for Modification of Conditions of Release, ECF No. 71. In accordance with the Court's oral ruling, it is thus **ORDERED** that Condition (7)(g) of Defendant Michael Steven Perkins's Order Setting Conditions of Release, ECF No. 29, is modified to provide that Mr. Perkins shall "avoid all contact directly or indirectly with any person who may be a victim or witness in this investigation and prosecution."

It is further **ORDERED** that Defendant Michael Steven Perkins's Supplemental Second Motion for Modification of Conditions of Release, ECF No. 72, is **GRANTED**. The Court previously took under advisement this Motion, which seeks to release Mr. Perkins from condition (7)(n) of his Order Setting Conditions of Release (mandating random drug testing). The Court wished to hear the position of the United States Probation Office before making a final determination. The Probation Office has since declined to take a position, but has noted that all of Mr. Perkins's random drug tests have come back negative. Accordingly, Condition (7)(n) of Defendant Michael Steven Perkins's Order Setting Conditions of Release is hereby **REMOVED**.

On April 20, 2022, the United States filed an omnibus Motion, ECF. No. 98, to Modify Conditions of Release for all Defendants in this matter currently before the Court. The Court

1

2

expects the standard briefing schedule set forth in Local Criminal Rule 47(b) and (d) shall govern filings on that motion.

    It is **SO ORDERED**.

DATE:  April 22, 2022

*[signature]*
CARL J. NICHOLS
United States District Judge