UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSHUA CHRISTOPHER DOOLIN, et al.,<br><br>*Defendants*. | Criminal Action No. 1:21-cr-0447-03, 04 (CJN) |

### ORDER

It is hereby **ORDERED** the trial Defendants Perkins and Doolin will proceed as a bench trial, as both defendants have waived their jury trial right.  *See* ECF Nos. 205, 207.

DATE:  March 6, 2023

_____
CARL J. NICHOLS
United States District Judge