Leave to File
GRANTED
March 29, 2023



# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

| | |
|---|---|
| SUITE 540 WEST – THE CURTIS | PHONE NUMBER (215) 928-1100 |
| 601 WALNUT STREET | FAX NUMBER   (215) 928-1112 |
| PHILADELPHIA, PA 19106 | FAX NUMBER   (215) 928-0822 |
| | FAX NUMBER   (215) 861-3159 |

**LISA EVANS LEWIS**
CHIEF FEDERAL DEFENDER

March 22, 2023

The Honorable Carl J. Nichols
United States District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

      RE:    <u>United States v. Michael Steven Perkins</u>
                  *Criminal Number 21-CR-447-CJN-4*

Dear Judge Nichols:

      On March 15, 2023, after announcing Your Honor's verdict in the above-captioned case, the government and defense counsel were ordered to submit pleadings outlining our respective positions regarding whether Mr. Perkins' conviction under 18 U.S.C. § 111(b) requires remand under 18 U.S.C. § 3143(a)(2). I thank you for the opportunity to research this issue, however, the research did not yield anything which would support the Court having discretion under this statute.

      After discussing this issue with the government, the parties have reached a proposed agreement regarding Mr. Perkins' detention pending sentencing. Upon consideration of Mr. Perkins' perfect compliance with pretrial release, the government does not object to allowing Mr. Perkins to self-surrender in thirty (30) days. Mr. Perkins makes this request to allow him the opportunity to arrange his affairs and make provision for his family before his incarceration. Additionally, should the Court grant this request, it will allow the presentence interview to be conducted via a video call, which may not be possible once Mr. Perkins is incarcerated.

The Honorable Carl J. Nichols
Page Two
March 22, 2023

      Again, I thank the Court for the opportunity to research this issue. All parties are available to discuss their joint-position with Your Honor via a conference call or video hearing.

                                      Respectfully,

                                      NANCY MacEOIN
                                      Assistant Federal Defender

NM/cc
cc:    Benet J. Kearney, Assistant United States Attorney