# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL STEVEN PERKINS,<br><br>*Defendant*. | Criminal Action No. 1:21-cr-0447-04 (CJN) |

### ORDER FOR DETENTION PENDING SENTENCING

It is hereby **ORDERED** that Michael Steven Perkins be detained pending sentencing pursuant to 18 U.S.C. § 3143(a)(2). It is further **ORDERED** that Mr. Perkins be housed in the Middle District of Florida and brought to the District of Columbia not more than three weeks prior to the sentencing date of July 13, 2023.

DATE:  April 20, 2023

_____
CARL J. NICHOLS
United States District Judge

1