### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 21-CR-447-CJN-4** |
| | : | |
| | : | |
| **MICHAEL STEVEN PERKINS** | : | |

### O R D E R

**AND NOW**, this            day of                        , 2023, in consideration of the Defendant's Motion to Enlarge Time to File Post-Verdict Motions, it is hereby **ORDERED** that the motion is **GRANTED**. The time for filing post-verdict motions in the above-captioned matter is hereby enlarged, making said motions due on or before June 30, 2023.

BY THE COURT:

_____
THE HONORABLE CARL J. NICHOLS
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 21-CR-447-CJN-4 |
| | : | |
| MICHAEL STEVEN PERKINS | : | |

### DEFENDANT'S MOTION TO ENLARGE TIME
### TO FILE POST-VERDICT MOTIONS

Michael Steven Perkins, by his attorney, Nancy MacEoin, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby requests additional time for filing post-verdict motions in the above case and states in support thereof:

1. On March 15, 2023, Mr. Perkins was found guilty following a bench trial in the above-captioned matter.

2. On that date, this Court granted defense counsel's oral motion for an extension of time to file a motion pursuant to Fed. R. Crim. P. 33.  Pursuant to this Court's ruling, motions are due on April 14, 2023.

3. Upon motion of the defendant (ECF No. 230), this Court granted an additional thirty (30) day extension so that motions can be filed by May 14, 2023.

4. Defense counsel is still awaiting transcripts of the trial.  As such, the defense requests and additional forty-five (45) days to file post-verdict motions.

5. Allen Orenberg, attorney for co-defendant Joshua Doolin, joins in this motion.

6. Assistant United States Attorney Benet J. Kearney does not have an objection to this request.

**WHEREFORE**, the defense respectfully requests that the court enlarge the time to file post-verdict motions, making said motions due June 30, 2023.

    Respectfully submitted,

*/s/ Nancy MacEoin*
NANCY MacEOIN
Assistant Federal Defender

**CERTIFICATE OF SERVICE**

    I, Nancy MacEoin, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I filed the attached Defendant's Motion to Enlarge Time to File Post-Verdict Motions, via the Court's Electronic Filing (ECF) system which sent notification to Benet J. Kearney, Assistant United States Attorney, One Saint Andrew's Place, New York, New York 10007, via her email address Benet.Kearney@usdoj.gov.

                                                   */s/ Nancy MacEoin*
                                                   NANCY MacEOIN
                                                   Assistant Federal Defender

DATE:  May 10, 2023